

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

July 12, 2010

Honorable Dickinson R. Debevoise
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101


RECEIVED
7-13-10

Re: **United States v. Leonard A. Pelullo**
**Criminal No. 94-276 (DRD)**
**Civil No. 01-124 (DRD)**

Dear Judge Debevoise:

Following receipt of the Court's June 25, 2010 Opinion, and as discussed at the Court proceedings on June 21, 2010, we have conferred with Assistant U.S. Attorney Leslie Schwartz regarding a proposed schedule for further briefing in connection with the merits of Mr. Pelullo's pending "Motion for Relief Pursuant to Federal Rule of Civil Procedure 60(b), Independent Action (Attacking Judgment) and the Court's Inherent Supervisory Powers." We jointly propose the following schedule, subject to reasonable extensions as circumstances may warrant:

- On or before July 19th counsel for Mr. Pelullo will file papers supplementing those filed by our client *pro se*;

- The government will file its response to Mr. Pelullo's pro se motion, as well as to our supplemental papers within thirty (30) days after receipt of that supplemental submission; and

- Counsel for Mr. Pelullo will file reply papers fourteen (14) days thereafter.

Of course, if Your Honor has any questions or concerns, please do not hesitate to contact either me or Ms. Schwartz. If, on the other hand, the Court approves of this manner of proceeding, we respectfully request that Your Honor "So Order" this proposal.

Thank you for your kind consideration of this matter.

Respectfully submitted,

Lawrence S. Lustberg

cc: Leslie Faye Schwartz, Assistant United States Attorney

So Ordered,

USSDJ
7/13/10

Newark  New York  Trenton  Philadelphia  Wilmington              gibbonslaw.com