UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Crim. No. 94-276(DRD) |
| Plaintiff, | : | Civ. No. 01-124(DRD) |
| | : | |
| v. | : | |
| | : | **O R D E R** |
| LEONARD A. PELULLO | : | |
| | : | |
| Defendant. | : | |

Defendant, Leonard Pelullo, having requested that counsel be appointed to represent him in connection with his pending motion for relief on the ground that the Supreme Court decision in United States v. Santos, 553 U.S. 507 (2008) established that his conviction on the Indictment's money laundering count was invalid; and the Court having determined that the motion raises difficult jurisdictional and substantive problems;

IT is this 1st day of March, 2011 **ORDERED as follows:**

1. Lawrence S. Lustberg, Esq. and Thomas R. Valen, Esq., are appointed as Defendant's attorneys to represent him in connection with the foregoing motion.

2. Said attorneys shall have 30 days from the date of this order to file a brief addressing the Court's jurisdiction over the motion and, if jurisdiction is arguable, the substantive merits of the motion, without prejudice to the right of the assigned attorneys to request additional time to file their brief.

_____
DICKINSON R. DEBEVOISE
U.S.S.D.J.