

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

April 11, 2011

## FILED & SERVED ELECTRONICALLY

Honorable Dickinson R. Debevoise
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:  **United States v. Leonard Pelullo**
          **Criminal No. 94-276 (DRD)**
          **Civil Action No. 01-124 (DRD)**

Dear Judge Debevoise:

      On March 1, 2011, Your Honor appointed Thomas R. Valen, Esq. and me to represent defendant Leonard Pelullo "in connection with his pending motion for relief on the ground that the Supreme Court decision in *United States v. Santos*, 553 U.S. 507 (2008), established that is conviction on the Indictment's money laundering count was invalid." Specifically, the Court "determined that the motion raises difficult jurisdictional and substantive problems ..." and ordered counsel to brief those issues. Pursuant to a briefing schedule set by the Court, thereafter subject to modification on the consent of the parties, on March 18, 2011, the Government filed its letter brief regarding the jurisdictional issues raised by Mr. Pelullo's motion; this past weekend, it filed its opposition on the merits thereof.

      After discussion with and upon the consent of the Government, and in order to avoid serial briefing on this matter, we would respectfully request until on or before May 6, 2011 to file a complete reply brief these issues, and to raise any others that may implicated by our ongoing representation of Mr. Pelullo, so that the Court can fully address all issues before it. If this schedule is acceptable to Your Honor, you may, if you wish, So Order it below. Of course, if the Court has any questions or concerns, please do not hesitate to call me. Thank you for your kind consideration of this matter.

                                      Respectfully yours,

                                      s/ Lawrence S. Lustberg

                                      Lawrence S. Lustberg
                                      Director

cc:     Leslie F. Schwartz, Assistant U.S. Attorney

SO ORDERED: _____
                Honorable Dickinson R. Debevoise
                United States District Judge